UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**STEVEN IVEY,**

   **Plaintiff,**

**v.**              **Case No: 6:17-cv-231-Orl-41GJK**

**SEAN MCCORMACK and COLLING,
GILBERT, WRIGHT, AND CARTER,**

   **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion (Doc. 2), seeking leave to proceed *in forma pauperis*. United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation ("R&R," Doc. 3), in which he recommends that the Motion be denied and that the Complaint (Doc. 1) be dismissed without prejudice.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the R&R. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 3) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. Plaintiff's Motion (Doc. 2), seeking leave to proceed *in forma pauperis* is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED without prejudice**.

4. **On or before June 8, 2017**, Plaintiff may file an Amended Complaint and a renewed application to proceed *in forma pauperis*. Failure to file an Amended

Complaint within this timeframe may result in the dismissal of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on May 18, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party